IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERMAINE COLEMAN,**<br>　　　　Petitioner, | **CIVIL ACTION** |
| v. | |
| **UNITED STATES OF AMERICA, and WARDEN, FDC-PHILADELPHIA,**<br>　　　　Respondents. | **NO. 20-1769** |

## O R D E R

**AND NOW**, this 30th day of April, 2020, upon consideration of Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed by petitioner, Jermaine Coleman (Document No. 3, filed April 3, 2020), the Response in Opposition to Petition for Writ of Habeas Corpus (Document No. 7, filed April 16, 2020), and the record in this case,[1] for the reasons stated in the Memorandum dated April 30, 2020, **IT IS ORDERED** that the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

　　　DuBOIS, JAN E., J.

---

[1] The Deputy Clerk shall docket copies of the Government's letters dated September 23, 2019, March 26, 2020, and April 29, 2020, and counsel for petitioner's email dated April 28, 2020, and all attachments.